1    BENJAMIN B. WAGNER
     United States Attorney
2    LEE S. BICKLEY
     Assistant U.S. Attorneys
3    501 I Street, Suite 10-100
     Sacramento, CA  95814
4    TEL: (916) 554-2700
     FAX: (916) 554-2900

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,      )   2:12-CR-00443-KJM
                               )
12            Plaintiff,           )
                               )   APPLICATION AND ORDER FOR MONEY
13   v.                             )   JUDGMENT
                               )
14   VINCENT J. DOYLE,          )
                               )
15           Defendant.        )
                               )
16   _____ )

17        On October 1, 2014, defendant Vincent J. Doyle entered a guilty plea to Count 1 of the

18 indictment, mail fraud in violation of 18 U.S.C. § 1341.

19        As part of his plea agreement with the United States, defendant Vincent J. Doyle agreed to

20 forfeit voluntarily and immediately up to $100,000.00, less any forfeited funds, as a personal money

21 judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between

22 the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of a

23 violation of 18 U.S.C. § 1341, to which he has pled guilty.  See Defendant Doyle's Plea Agreement ¶

24 II.F.  Plaintiff hereby applies for entry of a money judgment as follows:

25        1.       Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P.

26 32.2(b), the Court shall impose a personal forfeiture money judgment against defendant Vincent J.

27 Doyle in the amount of $100,000.00.

28 /////

2.      The above-referenced personal forfeiture money judgment is imposed based on defendant Vincent J. Doyle conviction for violating 18 U.S.C. § 1341.  Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offense of conviction.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3.      Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the Department of the Treasury and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the United States Secret Service, in its secure custody and control.

DATED:  11/12/14                                      BENJAMIN B. WAGNER
                                                      United States Attorney


                                                      /s/ Lee S. Bickley
                                                      LEE S. BICKLEY
                                                      Assistant U.S. Attorney


**O R D E R**


For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Vincent J. Doyle in the amount of $100,000.00.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the United States Secret Service, in its secure custody and control.

IT IS SO ORDERED.

DATED: November 13, 2014                     _____
                                             UNITED STATES DISTRICT JUDGE


Application and Order for Money Judgment

2