UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff,<br><br>   v.<br><br>VINCENT J. DOYLE,<br><br>        Defendant.<br>_____ | No.  2:12-cr-00443-KJM-1 |
| UNITED STATES,<br><br>        Plaintiff,<br><br>   v.<br><br>VINCENT J. DOYLE,<br><br>       Defendant. | No. 1:16-mc-00005-EPG<br><br>**RELATED CASE ORDER** |

      Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a)(1), because they both involve the same parties and are based upon the same claim.  In Case No. 1:16-mc-00005-EPG, the United States seeks a Writ of Garnishment to enforce the criminal restitution order imposed against defendant in Case No. 2:12-cr-00443-

1

KJM-1. Accordingly, the assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge—it does not consolidate the actions. Under Rule 123, related cases are generally assigned to the judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that the action denominated 1:16-mc-00005-EPG is reassigned from Magistrate Judge Erica P. Grosjean to the undersigned. Henceforth, the caption on documents filed in the reassigned case shall be shown as: 1:16-mc-00005-KJM.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: February 3, 2016

_____
UNITED STATES DISTRICT JUDGE